UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE:**<br><br>**JAMIE OSUNA,** | No. 1:25-mc-00086-SAB<br><br>ORDER REGARDING USE OF ELECTRONIC FILING SYSTEM, DIRECTING RESPONSE BY OFFICE OF ATTORNEY GENERAL, AND SETTING BRIEFING SCHEDULE<br><br>(ECF No. 1) |

On October 14, 2025, inmate Jamie Osuna filed a motion for leave and/or exemption from the requirement to electronic file his civil rights complaint pursuant to 42 U.S.C. § 1983.

In his motion, Mr. Osuna contends that beginning in May 2025, he sent the Court a civil complaint which was returned with a notation to electronically file the complaint. The complaint was thereafter rejected by the prison who claimed it was not an initial filing. Plaintiff wrote and sent another complaint to the Court who again refused with directions to file electronically. The prison again refused to electronically file Plaintiff's complaint claiming it was not an initial filing. (ECF No. 1.)

As Mr. Osuna is incarcerated at Corcoran State Prison, he is subject to the Standing Order in Re: Procedural Rules for Electronic Submission of Prison Litigation Filed by Plaintiffs incarcerated at Participating Penal Institutions, issued on March 1, 2016. Pursuant to the standing

order, which applies to initial filings: (1) new complaints are subject to e-filing and they may not exceed twenty-five pages in length; and (2) motions to proceed in forma pauperis, motions to increase the page limit, and motions for emergency relief shall be no more than fifteen (15) pages in total combined length. As a California Department of Corrections and Rehabilitation participating facility, no initial documents are accepted for filing by the Clerk of Court unless done pursuant to the standing order or the scanning equipment is inoperable for a period longer than forty-eight (48) hours.

Based on Mr. Osuna's filing, the Court will request the Supervising Deputy Attorney General in charge of the e-filing program, Lawrence Bragg, to address Mr. Osuna's contentions. After briefing is submitted, the Court will review any documentation and issue a corresponding order and/or set a telephonic hearing, if necessary.

Accordingly, it is HEREBY ORDERED that:

1. The Clerk of Court is directed to serve a copy of inmate Osuna's motion (ECF No. 1) and a copy of this order on Supervising Deputy Attorney General, Lawrence Bragg;

2. Mr. Bragg shall file a response to Mr. Osuna's request on or **before October 24, 2025**; and

3. No case as to the merits of Mr. Osuna's claim will be opened until the issue regarding the use of the e-filing system is resolved or a civil complaint is filed through the Court's e-filing procedures.

IT IS SO ORDERED.

Dated:   **October 15, 2025**

STANLEY A. BOONE
United States Magistrate Judge