1  ROB BONTA, State Bar No. 202668
   Attorney General of California
2  TYLER V. HEATH, State Bar No. 271478
   Supervising Deputy Attorney General
3  R. LAWRENCE BRAGG, State Bar No. 119194
   Supervising Deputy Attorney General
4   1300 I Street, Suite 125
    Sacramento, CA 95814
5   Telephone: (916) 210-7334
    Fax: (916) 324-5205
6   E-mail: Lawrence.Bragg@doj.ca.gov
   *Special Appearance*
7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10                              FRESNO DIVISION

11

12

13  | IN RE: | 1:25-mc-00086-SAB |
14  |        | **RESPONSE TO COURT ORDER** |
15  | JAMIE OSUNA. | **(ECF No. 2)** |
16  |        | Judge: The Honorable Stanley A. Boone |
17  |        | Trial Date: Not Set |
    |        | Action Filed: October 14, 2025 |

18

19       In compliance with this Court's Order (ECF No. 2), the Office of the Attorney General

20  (OAG) responds to Osuna's Request/Notice: To Clerk and Court to Grant Request to be

21  Exempt/Relieved from the E-Filing of Enclosed Complaint. (ECF No. 1.)

22       After Osuna's initial request to file his complaint by mail was denied, Osuna presented the

23  Complaint for Declaratory, Injunctive and Further Relief, Compensatory and Punitive Damages

24  (ECF No. 1 at 9-33) to the Litigation Coordinator at California State Prison-Corcoran (Corcoran)

25  for e-filing. This Complaint had a stamp from the Clerk, U.S. District Court, Eastern District of

26  California, dated June 3, 2025. (ECF No. 1 at 9.) Believing that the Complaint already had been

27  filed with this Court, the Litigation Coordinator declined to re-file it. (ECF No. 1 at 6.)

28  / / /

                                              1

1   Corcoran now is in possession of Osuna's motion, which contains a copy of Osuna's
2   complaint. (ECF No. 1 at 9-33.) Corcoran is willing to e-file this complaint, with this Court's
3   permission.

4   Dated:  October 22, 2025                    Respectfully submitted,

                                                ROB BONTA
                                                Attorney General of California
                                                TYLER V. HEATH
                                                Supervising Deputy Attorney General


                                                */s/ R. Lawrence Bragg*
                                                R. LAWRENCE BRAGG
                                                Supervising Deputy Attorney General
                                                *Special Appearance*

SA2025305898
39385981

# CERTIFICATE OF SERVICE

Case Name:  **In Re: Jamie Osuna**          No.  **1:25-mc-00086-SAB**

I hereby certify that on <u>October 22, 2025</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

> **RESPONSE TO COURT ORDER (ECF No. 2)**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>October 22, 2025</u>, at Sacramento, California.

|  |  |
|---|---|
| A. Zamora | /s/ A. Zamora |
| Declarant for eFiling | Signature |

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On <u>October 22, 2025</u>, the foregoing document(s) have been mailed in the Office of the Attorney General's internal mail system, by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

Jamie Osuna, BD0868
California State Prison - Corcoran
Facility 4A
P.O. Box 3476
Corcoran, CA  93212
***In Pro Per***

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>October 22, 2025</u>, at Sacramento, California.

|  |  |
|---|---|
| I. Martinez | */s/ I. Martinez* |
| Declarant for Service by U.S. Mail | Signature |

SA2025305898
39392301.docx