1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11    **IN RE:**                            No.  1:25-mc-00086-SAB

12                                          ORDER REGARDING PLAINTIFF'S
                                            MOTION TO BE EXEMPT FROM E-FILING
13    **JAMIE OSUNA,**                      REQUIREMENT, AND DIRECTING
                                            COMPLAINT BE E-FILED WITHIN TEN
14                                          DAYS

15

16          On October 14, 2025, inmate Jamie Osuna filed a motion for leave and/or exemption from

17    the requirement to electronic file his civil rights complaint pursuant to 42 U.S.C. § 1983.

18          On October 15, 2025, the Court served a copy of Mr. Osuna's documentation on

19    Supervising Deputy Attorney Lawrence Bragg and directed Mr. Bragg to file a response within

20    fourteen days.  (ECF No. 2.)

21          A response was filed on October 22, 2025, and the motion is now submitted for review

22    and ruling.[1]

23    ///

24    ///

25    ///

26    _____

27    [1] Except for specifically identified motions not at issue here, a magistrate judge is permitted to hear and determine
      any pretrial matter that is not dispositive of a claim or defense pending before the court. 28 U.S.C. § 636(b)(1); Local
      Rule 302. As the issue addressed here is not dispositive of Plaintiff's action, but merely addresses the manner in
28    which his case must be filed, the Court shall proceed by order.

1

**I.**

2

**DISCUSSION**

3      In his motion, Mr. Osuna contends that beginning in May 2025, he sent the Court a civil

4  complaint which was returned with a notation to electronically file the complaint.  The complaint

5  was thereafter rejected by the prison who claimed it was not an initial filing.  Plaintiff wrote and

6  sent another complaint to the Court who again refused with directions to file electronically.  The

7  prison again refused to electronically file Plaintiff's complaint claiming it was not an initial filing.

8  (ECF No. 1.)

9      In response, counsel states as follows:

10     After Osuna's initial request to file his complaint by mail was denied, Osuna presented the
       Complaint for Declaratory, Injunctive and Further Relief, Compensatory and Punitive
11     Damages (ECF No. 1 at 9-33) to the Litigation Coordinator at California State Prison-
       Corcoran (Corcoran) for e-filing. This Complaint had a stamp from the Clerk, U.S.
12     District Court, Eastern District of California, dated June 3, 2025. (ECF No. 1 at 9.)
       Believing that the Complaint already had been filed with this Court, the Litigation
13     Coordinator declined to re-file it. (ECF No. 1 at 6.)

14
       Corcoran now is in possession of Osuna's motion, which contains a copy of Osuna's
15     complaint. (ECF No. 1 at 9-33.) Corcoran is willing to e-file this complaint, with this
       Court's permission.
16

17  (ECF No. 3 at 1:22-2:3.)

18

**II.**

19

**CONCLUSION AND ORDER**

20     Based on the mistaken belief that Plaintiff was attempting to re-file a prior complaint and

21  the fact that Corcoran now has a copy of Plaintiff's complaint and is willing to electronically file

22  it, the Court will direct that the complaint be electronically filed.

23  ///

24  ///

25  ///

26  ///

27  ///

28

Accordingly, it is HEREBY ORDERED that:

1. Within **ten (10)** days from the date of service of this order, Mr. Bragg shall facilitate with Corcoran State Prison to e-file Mr. Osuna's complaint to be filed in a NEW CASE; and

2. The Clerk of Court shall close this case.

IT IS SO ORDERED.

Dated:   **October 28, 2025**

STANLEY A. BOONE
United States Magistrate Judge